## STATEMENT OF FACTS

On July 14th, 2025, at approximately 17:55, Members of the Metropolitan Police Department Robbery Suppression Unit were conducting gun interdiction/robbery suppression activities in the 5th District PSA 506. The officers of the Robbery Suppression Unit were dressed in plain clothes and wearing vests with the word "POLICE" written on the front and back clearly visible for the eye to see. In the past six months, PSA 506, which contains 1110 16th Street, NE, has had (25) reported violent crimes involving a firearm: (6) homicides, (9) assaults with dangerous weapons, and (10) robberies.

As members of the Robbery Suppression Unit were travelling in the 1100 block of 16th Street, NE, Washington D.C., the officers came upon 4-5 individuals standing in front of 1110 16th Street, NE. One of the individuals, later identified as Damion BARNETT, was wearing bright pink shorts and a black sweatshirt and was seen smoking a white cigarette, which Officers Mark Minzak and Augustus Thomas believed to be a marijuana cigarette. Upon seeing law enforcement, BARNETT handed the white cigarette off to another individual wearing a white shirt and blue jeans in the group.

As soon as BARNETT passed off the cigarette, BARNETT ran in the opposite direction of Officers Minzak and Thomas's vehicle on 16th Street, NE. *See Figure 1*.



*Figure 1: BARNETT running on 16th Street, NE*

Sergeant Terrence Welsh, Jr. and Lieutenant Kenyon Hogans pursued BARNETT in the 1100 block of 16th Street, NE. BARNETT turned left onto Levis Street, NE, then into an alley. *See Figure 2*.



*Figure 2: BARNETT, Circled in Red, Running in Alley*

During the course of the foot pursuit, Sergeant Walsh observed BARNETT reach into his waistband area with his right hand and discard a firearm into the air. BARNETT was apprehended in the rear of 1026 16th Street, NE and placed under arrest.

Officers traced BARNETT's flight path in the alley off Levis Street, NE, and recovered a black Glock 19, 9mm semi-automatic firearm bearing serial #CCZU050. *See Figures 3* and *4*.



*Figure 3: Firearm Recovered from Alley*



*Figure 4: Closer View of Firearm*

The firearm was loaded with (1) round of ammunition in the chamber of the weapon. The firearm had an additional (22) rounds of ammunition in the magazine which has a capacity of (31) rounds of ammunition. *See Figure 5*.



*Figure 5: Firearm, Magazine, and Ammunition*

Officer Minzak used a handheld Forward-Looking Infrared ("FLIR") thermal imaging device on the object and observed the entire firearm glowing which indicated heat emanating from the firearm. *See Figure 6*. The FLIR is designed to detect heat. Humans naturally generate heat, and that heat is transferred to an object when it is touched by humans and slowly dissipates when it is no longer touched.



*Figure 6: Firearm Shown through Thermal Eye Imagine Device*

A search of the Gun Registration database revealed that BARNETT does not have a license to carry a pistol in the District of Columbia, and the firearm is not registered to BARNETT in the District of Columbia. A further NCIC/WALES check was conducted and showed that the firearm was reported stolen by the Prince George's County Police Department on November 3, 2024.

A criminal history check of BARNETT revealed that he was convicted of a prior felony charge in Washington D.C., Superior Court case number 2021-CF3-002134, which is punishable by more than one year in prison prohibiting him from possessing a firearm.

Accordingly, BARNETT would have been aware that he was previously convicted of a crime punishable by a term of imprisonment exceeding one year at the time he was possessing the firearm and ammunition.

Your affiant is aware there are no firearm, or ammunition manufactures in the District of Columbia, and therefore, the firearm and ammunition would have necessarily traveled in interstate commerce.

As such, your affiant submits that probable cause exists to charge Damion BARNETT with a violation of 18 U.S.C. § 922(g)(1) **(Unlawful Possession of a Firearm and Ammunition By A Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year).**

Respectfully Submitted,

Officer Mark Minzak
Metropolitan Police Department

Subscribed and sworn pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on July 30, 2025.

UNITED STATES MAGISTRATE JUDGE
ZIA M. FARUQUI